**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARRISON Y. HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> HALLIBURTON COMPANY, et al., <br><br> Defendants. | Case No.: 1:16-cv-0281-LJO - JLT <br><br> ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER |

On August 9, 2016, the Court ordered this action be stayed "to allow for the completion of arbitration." (Doc. 25 at 6) The parties were ordered to file "a joint status report" "every 120 days" in the action, to keep the Court informed as to the status of the arbitration. (*Id.*) The parties last filed a status report on August 4, 2017. (Doc. 28) Thus, the parties were to file another status report no later than December 3, 2017. However, the parties have not filed any report, either jointly or separately.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See*, *e.g. Ferdik v.*

1

*Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (imposing sanctions for failure to comply with an order); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (imposing sanctions for failure to comply with a court order); *Henderson v. Duncan,* 779 F.2d 1421, 1424 (9th Cir. 1986) (imposing sanctions for failure to prosecute and to comply with local rules).

Accordingly, the parties are **ORDERED** to show cause within fourteen days of the date of service of this Order why sanctions should not be imposed for their failure to comply with the Court's Order or, in the alternative, to file a joint status report.

IT IS SO ORDERED.

Dated: **December 14, 2017**     /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE