UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON Y. HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HALLIBURTON COMPANY, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-0281-LJO - JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Doc. 29) |

The parties failed to file a timely status report as ordered by the Court. Thus, the Court ordered the parties to show cause why sanctions should not be imposed. (Doc. 29) They have now responded and filed their joint report. (Doc. 30) Thus, the order to show cause is **DISCHARGED**. The parties are reminded of their obligation to file status reports consistent with the Court's order (Doc 25 at 6).

IT IS SO ORDERED.

　　Dated: **December 20, 2017**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE