# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON Y. HARRIS, | ) Case No.: 1:16-cv-0281-LJO - JLT |
| Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT </br> ) (Doc. 32) |
| v. | ) |
| HALLIBURTON COMPANY, et al., | ) |
| Defendants. | ) |

The parties report they had come to terms of settlement. (Doc. 32) They indicate they will seek dismissal of the action soon. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than May 18, 2018**;
2. All other pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**


IT IS SO ORDERED.

Dated: **April 6, 2018**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE