# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON Y. HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> HALLIBURTON COMPANY and <br> HALLIBURTON ENERGY SERVICES, INC., <br><br> Defendants. | Case No.: 1:16-cv-0281 - LJO - JLT <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL <br><br> (Doc. 35) |

On May 17, 2018, Plaintiff Harrison Harris and Defendants Halliburton Company and Halliburton Energy Services, Inc. stipulated to dismiss the action with prejudice. (Doc. 35) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties have signed the amended stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Thus, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **May 21, 2018**         **/s/ Jennifer L. Thurston**
                                  UNITED STATES MAGISTRATE JUDGE